Harold **BURROUGHS**, Jr.,
Plaintiff–Appellant,

James Pine, et al., Plaintiffs,

v.

Gregory **SEELEY**, Sheriff at Greene County, et al., Defendants–Appellees,

---

\* Judge Jed S. Rakoff, of the United States District Court for the Southern District of New

Aaron Beojekian, Former Correction Officer at Greene County Jail, et al., Defendants.

No. 12–2635.

United States Court of Appeals, Second Circuit.

May 15, 2013.

Harold Burroughs, Jr., Napanoch, NY, pro se.

Jonathan M. Bernstein, Goldberg Segalla LLP, Albany, NY, for Appellees.

PRESENT: DENNIS JACOBS, Chief Judge, ROBERT D. SACK, Circuit Judge, JED S. RAKOFF,\* District Judge.

### SUMMARY ORDER

Appellant Harold Burroughs, Jr., proceeding *pro se*, appeals from the district court's grant of summary judgment, dismissing his 42 U.S.C. § 1983 action. We assume the parties' familiarity with the underlying facts, procedural history of the case, and issues on appeal.

We review orders granting summary judgment *de novo* and focus on whether the district court properly concluded that there was no genuine issue as to any material fact and the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, LLP*, 321 F.3d 292, 300 (2d Cir.2003). "In determining whether there are genuine issues of mate-

York, sitting by designation.

rial fact, we are required to resolve all ambiguities and draw all permissible factual inferences in favor of the party against whom summary judgment is sought." *Terry v. Ashcroft*, 336 F.3d 128, 137 (2d Cir.2003) (internal quotation marks omitted). Summary judgment is appropriate "[w]here the record taken as a whole could not lead a rational trier of fact to find for the non-moving party." *Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.*, 475 U.S. 574, 587, 106 S.Ct. 1348, 89 L.Ed.2d 538 (1986).

Upon such review, we conclude that Burroughs's appeal is without merit substantially for the reasons stated in Magistrate Judge Baxter's thorough report and recommendation, which the district court adopted over Burroughs's timely objection. *See* Decision & Order, *Pine v. Seeley*, No. 09–cv–1198 (N.D.N.Y. June 11, 2012) (ECF No. 121), *adopting* Report and Recommendation, *Pine v. Seeley*, No. 09–cv–1198 (N.D.N.Y. May 3, 2012) (ECF No. 119). We have considered all of Burroughs's remaining arguments and find them to be without merit.

Accordingly, the judgment of the district court is hereby **AFFIRMED.**

* Judge Jed S. Rakoff, of the United States District Court for the Southern District of New